19 - 0 0 1 3  ADC

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ryan Kotowski, a Special Agent with the Drug Enforcement Administration ("DEA"), being duly sworn, depose and state as follows:

1.  I submit this affidavit in support of a Criminal Complaint charging Paul **ALEXANDER** (date of birth: November 20, 1972). As detailed below, probable cause exists to believe that **ALEXANDER** has violated 21 U.S.C. § 846, Conspiracy to Distribute Controlled Substances.

2.  I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516. I am currently employed as a Special Agent with the DEA and have been since August 2015. During the course of my employment with the DEA, I have received specialized training in the area of narcotics investigations from the DEA Academy in Quantico, Virginia. This academy consisted of 18 weeks of comprehensive classroom and practical training from the DEA in specialized narcotic investigative matters including, but not limited to, drug interdiction, drug detection, money laundering techniques, locating hidden assets derived from narcotics trafficking, and the investigation of individuals involved in the smuggling, cultivation, manufacturing, and illicit trafficking of controlled substances.

3.  Based on my knowledge, training, and experience in the investigation of drug traffickers, I am familiar with the ways in which drug traffickers conduct their business. My familiarity includes: the various means and methods by which drug traffickers import and distribute drugs; their use of cellular telephones to facilitate drug activity; and their use of numerical codes and code words to conduct drug transactions. I am also familiar with the ways

MD

that drug traffickers conceal, convert, transmit, and transport their drug proceeds, including, without limitation, the use of carriers to transport currency and proceeds, and the use of third parties to purchase or hold title to assets.

4.      I have set forth only the facts that I believe are necessary to establish probable cause for the issuance of the requested Criminal Complaint. I have not, however, omitted information known to me that would tend to defeat a determination of probable cause. The information contained in this affidavit is based upon my review of reports and evidence, physical surveillance, interviews, and other investigative activity conducted by myself and other law enforcement officers.

5.      On October 23, 2018, surveillance was conducted in the vicinity of Arundel Mills Mall, located at 7000 Arundel Mills Circle, Hanover, Maryland, on Derrell DIXON. At approximately 11:36 a.m., investigators observed DIXON enter an Infiniti Q56 carrying two cell phones. Investigators followed DIXON to a nearby gas station. Investigators observed DIXON meet with **ALEXANDER** at the gas pumps. During the meeting, **ALEXANDER** and DIXON briefly spoke at the rear of **ALEXANDER's** vehicle. Investigators observed **ALEXANDER** reach into his vehicle to open the trunk. DIXON retrieved a duffel bag from the trunk of the vehicle. DIXON placed the black bag into his Infiniti and then both individuals left the area. Shortly thereafter, investigators followed DIXON to the area of West Nursey Road and Winterson Road. DIXON ultimately traveled to a Wendy's restaurant at 1589 W Nursery Road, Linthicum Heights, Maryland.

6.      On November 6, 2018, DIXON arrived at the Arundel Mills Mall in Hanover, Maryland. DIXON walked over to a white Range Rover bearing Maryland license plate 3DB3505, registered to a girlfriend of **ALEXANDER**. Investigators have previously observed

**ALEXANDER** operate the Range Rover. Investigators observed an occupant of the Range Rover give DIXON a white paper bag with handles. DIXON then left the area in his vehicle and surveillance followed DIXON to the Garden Bar at 4809 Erdman Avenue in Baltimore, Maryland. An investigator walked by DIXON's vehicle and observed DIXON looking into the bag. Subsequently, DIXON got into another vehicle. An investigator approached this vehicle and saw DIXON sitting in the passenger seat of the vehicle with the door open. The investigator saw the aforementioned bag on the ground outside of the vehicle. Investigators detained DIXON and the operator of the vehicle. At this time, investigators observed, in plain view in the center of the rear bench seat of the vehicle, that there were two bags that appeared to be full, one of which had a bundle of banded United States currency which was visible from the top of the bag. Investigators also saw on the ground of a rear bench seat an unzipped backpack that had at least one large bundle of what appeared to be United States currency visible bundled in multi-colored rubber bands. Investigators recovered the aforementioned bag which contained a brown box. Investigators obtained a search warrant for the box and searched it. The box contained over two kilograms of suspected fentanyl/acetyl fentanyl.

7. Investigators later viewed surveillance photos from the apartment complex where **ALEXANDER** resides. The surveillance showed that on November 6, 2018, at approximately 11:35 a.m., **ALEXANDER**, followed by his girlfriend, exit the rear entrance of the apartment complex. Investigators observed **ALEXANDER** carry a white bag, which appeared to be weighted down, with paper handles that contained a brown rectangular box with a white sticker on the side. Based on the surveillance photo, I believe the bag was the same bag seized from DIXON that contained the suspected fentanyl/acetyl fentanyl.

8. On January 2, 2018, the Honorable A. David Copperthite, United States Magistrate Judge for the District of Maryland, issued a search warrant for ALEXANDER's apartment located at 7789 Arundel Mills Boulevard in Hanover, Maryland. Later that day, DEA investigators executed the search warrant at the apartment and encountered **ALEXANDER** in his apartment. Investigators searched **ALEXANDER's** apartment and recovered large amounts of United States currency, jewelry, and a pistol with an extended magazine.

9. Based on the foregoing facts, I believe probable cause exists to support the issuance of a Criminal Complaint charging Paul **ALEXANDER** with Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. § 846.

Special Agent Ryan Kotowski
Drug Enforcement Administration

Subscribed and sworn to before me this 3rd day of January 2019

The Hon. A. David Copperthite
United States Magistrate Judge
District of Maryland

___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

JAN 0 3 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

