IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No. 19-0013ADC |
| PAUL ALEXANDER | * | |

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _Ryan Burke - CJA_, and the Government was represented by Assistant United States Attorney _Matthew Della Betta_, it is

**ORDERED,** this _3rd_ day of _January_ _2019_, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
A. David Copperthite
United States Magistrate Judge

FILED _____ ENTERED
LOGGED _____ RECEIVED

JAN 0 3 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY