## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

**UNITED STATES OF AMERICA**　　*　　Case No. RDB-19-0020

**v.**　　*

**PAUL ALEXANDER**　　*
**DEFENDANT**
　　　　　　　　　　　　　　　　*

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

## MOTION TO STRIKE ATTORNEY APPEARENCE

NOW COMES Counsel Ryan Burke, and respectfully requests that this Honorable Court strike the appearance of Counsel for Defendant stating the following in support:

1. Counsel was appointed to this case through the Criminal Justice Act (CJA) Panel and represented Defendant for his initial appearance before the Honorable Court on January 3, 2019.

2. However, Defendant has since retained Private Counsel outside of CJA.

3. Therefore, Counsel requests the Court to strike the appearance of Counsel for Defendant.

WHEREFORE**,** Counsel Ryan Burke respectfully requests the Court to strike the appearance of Counsel for Defendant.

Respectfully submitted,

*Ryan L. Burke*

_____

Ryan L. Burke

Federal ID: 29750

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March 2019, a true and accurate copy of this *Motion to Strike Attorney Appearance* was served on Assistant United States Attorney Matthew Dellabetta by operation of the Court's electronic filing system.

*Ryan L. Burke*

_____

Ryan L. Burke

Federal ID: 29750