**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**Chambers of**  
Richard D. Bennett  
United States District Judge  
Northern Division

U.S.Courthouse - Chambers 5D  
101 W. Lombard Street  
Baltimore, MD 21201  
Tel:  410-962-3190  
Fax: 410-962-3177

May 1, 2019

**LETTER ORDER**

TO COUNSEL OF RECORD

    RE:   *USA v. Paul Alexander*  
            Criminal No. RDB-19-020

Dear Counsel:

In response to the Defendant's Motion to Compel (**ECF#18**), the Court held a telephone conference today.  The Defendant's Motion is **DENIED**.  Counsel for the Defendant shall have until **May 31, 2019** to inspect and perform scientific studies and analysis of the seized controlled substances suspected to be fentanyl.

The Scheduling Order in this case is **AMENDED** and counsel for the Defendant shall file any Pre-trial Motions on or before **June 15, 2019**.  The Motions Hearing scheduled for June 25, 2019 is **CANCELLED** and shall be rescheduled as necessary.  The **Pretrial Conference** remains scheduled for **September 16, 2019 at 4:30. p.m.** and the **Jury Trial** in this case remains firmly scheduled for **September 23, 2019**.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

                        Sincerely,

                        /s/  
                    Richard D. Bennett  
                    United States District Judge