IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **Criminal No.: RDB-19-020** |
| **PAUL ALEXANDER** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT'S REQUEST FOR GOVERNMENTS
INTENT TO USE RULE 404(B) EVIDENCE**

NOW COMES Paul Alexander, through his attorney, Russell A. Neverdon, Sr., of the Law Office of Russell A. Neverdon, Sr., pursuant to Fed. R. Crim. P. 12(b)(4), and Rules 104(a) and 404(b) of the Federal Rules of Evidence, and in order to allow the Defendant the opportunity to file appropriate motions in limine prior to trial, requests notice of the Government's intention to use any evidence that it contends would be admissible under Rule 404(b). In support thereof, Defendant states as follows:

1. Defendant is charged with drug conspiracy and possession with intent to distribute narcotics. Defendant expects that the Government will seek to offer specific prior bad acts allegedly committed by Defendant.

2. Discovery has been provided by the Government, but the Defendant anticipates the production of additional documents by the Government prior to the trial in this matter.

3. In light of the nature of the investigation conducted by the Government in the instant case, if the Government intends to introduce at the trial of this case information or evidence pertaining to antecedent or subsequent conduct of the Defendant (other "wrongs, crimes or acts") pursuant to Rule 404(b) of the Federal Rules of Evidence, the defense should be put on notice of the exact

nature of this evidence, the witness pertaining thereto, and any documents in support thereof in advance of trial. Such a procedure is necessary to enable the Defendant to file appropriate pretrial motions in limine, and to allow this Court to make a pretrial determination of the admissibility of any such evidence proffered by the Government.

4. In addition, the Defendant requests notice of the Government's intention to introduce into evidence pursuant to Rule 404(b) any evidence of other crimes, wrongs, or acts allegedly committed by any indicted or unindicted co-conspirator. Pretrial notice of the Government's intention in this regard is necessary to enable Defendant to consider the potential prejudice to his case as a result of the admission of such evidence at trial.

WHEREFORE, Paul Alexander, respectfully requests notice of the Government's intention to use any evidence that it contends would be admissible under Rule 404(b).

Respectfully submitted,

_____/s/_____
Russell A. Neverdon, Sr., Esquire
Federal I.D. No. 25949
711 Saint Paul Street
Baltimore, Maryland 21202
(410) 235-2184 Phone
(410) 235-4000 Facsimile
*Attorney for the Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of June, 2019, a copy of the foregoing Motion to Identify 404(b) Evidence was filed electronically and e-mailed to Office of the United States Attorney, Baltimore, Maryland 21201.

_____/s/_____
Russell A. Neverdon, Sr., Esquire
Federal I.D. No. 25949
711 Saint Paul Street
Baltimore, Maryland 21202
(410) 235-2184 Phone
(410) 235-4000 Facsimile
***Attorney for the Defendant***