IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No.: RDB-19-020 |
| PAUL ALEXANDER | * | |
| Defendant | * | |

* * * * * * * * * * * *

## DEFENDANT'S PRETRIAL MOTIONS AND INCORPORATED MEMORANDA OF LAW

**NOW COMES** Paul Alexander, through his attorney, Russell A. Neverdon, Sr., of the Law Office of Russell A. Neverdon, and moves this Court with respect to the following miscellaneous discovery and other matters:

1. Rule 12(b)(4)(B) Designation;

2. Early Disclosure of Jencks Act Material;

3. Leave to File Additional Motions

### 1. RULE 12(b)(4)(B)) DESIGNATION

Defendant, Paul Alexander, asks this Court to require the government, pursuant to Rule 12(b)(4)(B) of the Federal Rules of Criminal Procedure, to designate all evidence discoverable under Rule 16 of the Federal Rules of Criminal Procedure that it will use in its case in chief. This request is made to permit the defense to raise such pretrial motions in limine as are appropriate, prepare for trial, and avoid unjust surprise.

Here, the government has generally informed the defendant of the type of evidence that it may introduce at trial, but it has not shown the defendant where this evidence may come from, and it has not expressly indicated what documents it intends to offer at trial. That should be required.

*See United States v. Poindexter*, 727 F. Supp. 1470, 1484 (D.D.C. 1989) (the government's identification of "several thousand pages, any of which it 'may' rely on at trial," held to be an insufficient "broad brush approach").

### 2. EARLY DISCLOSURE OF JENCKS ACT MATERIAL

Defendant asks this Court to order the disclosure of statements required to be provided pursuant to Rule 26.2 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3500 (the Jencks Act) at least thirty days prior to trial.

Jencks material is traditionally withheld to prevent the government's prospective witnesses from being harassed or endangered once disclosure is made. In the event that the government asserts that the early disclosure of Jencks would present witness safety issues, the Court can fashion protective relief to limit the disclosure of the material, without impacting the ability of counsel to review the information that is so desperately needed in order to adequately prepare for trial.

### 3. LEAVE TO FILE ADDITIONAL MOTIONS

Defendant also asks this Court to enter an Order allowing him to file such additional motions as the future progression of this case may merit, as discovery is still being received in this matter as of June 12, 2019.

Undersigned counsel anticipates that the government cannot represent that the pending Jencks material does not contain Brady material. In light of the nondisclosure of this information, counsel for Mr. Alexander asserts that the government has not produced its exculpatory or impeaching evidence under *Brady v. Maryland*, 373 U.S. 83 (1963), and *Giglio v. United States*, 404 U.S. 140 (1972). The government has also not produced its Rule 404(b) evidence, co-conspirator statements, or Jencks Act material. Once this information has been received, it is quite

likely that motions in limine and motions challenging the admissibility of certain evidence will need to be filed.

## CONCLUSION

For all the foregoing reasons, this Court should grant the requests contained in this omnibus motion.

Respectfully submitted,

_____/s/_____
Russell A. Neverdon, Sr., Esquire
Federal I.D. No. 25949
711Saint Paul Street
Baltimore, Maryland 21202
(410) 235-2184 Phone
(410) 235-4000 Facsimile
**Attorney for the Defendant**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of June, 2019, a copy of the foregoing Pretrial Motions and Incorporated Memorandum of Law was filed electronically and e-mailed to all counsel in the above captioned matter by ECF filing.

_____/s/_____
Russell A. Neverdon, Sr., Esquire
Federal I.D. No. 25949
711Saint Paul Street
Baltimore, Maryland 21202
(410) 235-2184 Phone
(410) 235-4000 Facsimile
*Attorney for the Defendant*
