MD\AS: 2018R00757



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. RDB-19-0020 |
| | * | |
| PAUL ALEXANDER, | * | (Conspiracy to Distribute and Possess |
| a/k/a "DAVID PAUL HAYES," | * | with Intent to Distribute Controlled |
| a/k/a "SHORTY," | * | Substances, 21 U.S.C. § 846; Possession |
| | * | with Intent to Distribute Controlled |
| | * | Substances; Possession of a Firearm in |
| Defendant. | * | Relation to a Drug Trafficking Crime; |
| | * | Possession of a Firearm by a |
| | * | Prohibited Person; and Forfeiture, 21 |
| | * | U.S.C. § 853, 28 U.S.C. § 2461(c); Fed. |
| | * | R. Crim. P. 32.2(a)) |

## SUPERSEDING INDICTMENT

### COUNT ONE
Conspiracy to Distribute a Controlled Substance

The Grand Jury for the District of Maryland charges:

From in or about April 2018 and continuing until through the filing of the Superseding Indictment, in the District of Maryland and elsewhere, the defendant,

**PAUL ALEXANDER,**
**a/k/a "DAVID PAUL HAYES,"**
**a/k/a "SHORTY,"**

did knowingly and intentionally combine, conspire, confederate, and agree with one another and others known and unknown to the Grand Jury to distribute and possess with intent to distribute 400 grams or more of a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)piperidin-4-yl] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(l).

21 U.S.C. § 846

## COUNT TWO
### Possession with Intent to Distribute a Controlled Substance

The Grand Jury for the District of Maryland further charges:

On or about November 6, 2018, in the District of Maryland and elsewhere, the defendant,

**PAUL ALEXANDER,**
**a/k/a "DAVID PAUL HAYES,"**
**a/k/a "SHORTY,"**

did knowingly and intentionally possess with intent to distribute 400 grams or more of a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)piperidin-4-yl] propanamide, also known as fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT THREE
**Possession with Intent to Distribute a Controlled Substance**

The Grand Jury for the District of Maryland further charges:

On or about January 2, 2019, in the District of Maryland and elsewhere, the defendant,

**PAUL ALEXANDER,
a/k/a "DAVID PAUL HAYES,"
a/k/a "SHORTY,"**

did knowingly and intentionally possess with intent to distribute 400 grams or more of a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)piperidin-4-yl] propanamide, also known as fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT FOUR
**Possession of a Firearm in Relation to a Drug Trafficking Crime**

The Grand Jury for the District of Maryland further charges that:

On or about January 2, 2019 in the District of Maryland, the defendant,

**PAUL ALEXANDER,**
**a/k/a "DAVID PAUL HAYES,"**
**a/k/a "SHORTY,"**

did knowingly possess a firearm, to wit: one Glock 23 pistol bearing serial number BDZ372, in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the offense charged in Count One of this Superseding Indictment, Conspiracy to Distribute Controlled Substances, in violation of Title 21, United States Code, Section 846.

18 U.S.C. § 924(c)

## COUNT FIVE
**Possession of a Firearm by a Prohibited Person**

The Grand Jury for the District of Maryland further charges that:

On or about January 2, 2019 in the District of Maryland, the defendant,

**PAUL ALEXANDER,
a/k/a "DAVID PAUL HAYES,"
a/k/a "SHORTY,"**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm and ammunition, that is, one Glock 23 pistol bearing serial number BDZ372, and did so knowingly.

18 U.S.C. § 922(g)(1)

**FORFEITURE ALLEGATION**

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), in the event of the defendant's convictions under Count, Count Two, or Count Three of this Superseding Indictment.

**Narcotics Forfeiture**

2. As a result of the offense set forth in Count One, incorporated herein, the defendant shall forfeit:

    a. $4,400,100.91 in United States Currency;

    b. One 2018 Mercedes Benz bearing Vehicle Identification Number ("VIN") WDD1J6GB7JF008418;

    c. One 2017 Land Rover bearing VIN SALWR2FE7HA146120;

    d. One 2018 Volvo bearing VIN YV440MUM0J2006048;

    e. Six Rolex watches seized from 7789 Arundel Mills Boulevard, Apartment 47, Hanover, Maryland, on January 2, 2019;

    f. Two Cartier bracelets with diamonds seized from 7789 Arundel Mills Boulevard, Apartment 47, Hanover, Maryland, on January 2, 2019;

    g. One silver, diamond tennis bracelet seized from 7789 Arundel Mills Boulevard, Apartment 47, Hanover, Maryland, on January 2, 2019;

    h. Two Louis Vuitton bags seized from 7789 Arundel Mills Boulevard, Apartment 47, Hanover, Maryland, on January 2, 2019;

      i. One Rolex watch seized from 2743 Crowley Street, Apartment B, Hanover, Maryland, on January 3, 2019;

      j. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; and

      k. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

3. The property to be forfeited includes any funds that were furnished or intended to be furnished in exchange for controlled substances and constitutes proceeds traceable to such exchanges and was used or intended to be used to facilitate a violation of the Controlled Substances Act.

## Substitute Assets

4. If any of the property described above, as a result of any act or omission of any defendant,

      a. cannot be located upon the exercise of due diligence;

      b. has been transferred or sold to, or deposited with, a third person;

      c. has been placed beyond the jurisdiction of the Court;

      d. has been substantially diminished in value; or,

      e. has been commingled with other property which cannot be subdivided without difficulty

the United States of America shall be entitled to forfeiture of substitute property.

21 U.S.C. § 853
28 U.S.C. § 2461(c)

**Firearms Forfeiture**

5.      Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendants, that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), as a result of the offense alleged in Count Four and Count Five of the Superseding Indictment, the defendant shall forfeit:

  a. One Glock Model 23 .40 caliber pistol bearing serial number BDZ372, and ammunition.

18 U.S.C. § 924(d)
28 U.S.C. § 2461

ROBERT K. HUR
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED
Foreperson

July 24, 2019
Date