UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | Case No. RDB-19-020 |
| | * | Honorable Richard D. Bennett |
| Vs | | |
| | * | |
| PAUL ALEXANDER, | * | |
| Defendant | * | |

_____

## MOTION TO CONTINUE MOTIONS HEARING

Filed By: Defendant, Paul Alexander

Counsel for defendant, Russell A. Neverdon, Sr., has not conferred with counsel for plaintiff, United States of America, regarding the government's position of the motion.

## MOTION TO CONTINUE MOTIONS HEARING

Defendant, Paul Alexander, by and through counsel, Russell A. Neverdon, Sr., and the Law Office of Russell A. Neverdon, Sr., hereby moves this Honorable Court, pursuant to Fed. R. Crim. P. 32, for a continuance of the currently scheduled MOTIONS HEARING DATE, now set for **August 15, 2019**, at 11am, Courtroom 5D.

More specifically, undersigned counsel respectfully requests that the currently-scheduled HEARING date be postponed and continued for not less than two weeks, or up and until August 29, 2019, for the following reasons:

1. Within last two months, Defendant has requested of both the local and federal governments, that they turn over and/or produce any and all body worn camera (BWC), police reports, and all information relating to the subject traffic stop which occurred on April 26, 2018 and May 15, 2018. Despite repeated requests, for complete responses, this information remained out of the review and inspection of undersigned counsel.

2. On or around July 26, 2019, undersigned counsel received supplemental discovery from the federal government which includes some BWC, and other investigative notes regarding the subject traffic stop. It also includes DEA 6 reports, Tracking warrants, photos, and other investigative works. I am now underway in reviewing all of this material, but will need additional time to do so.

3. Also, from what has been received from the supplemental discovery, I believe that more video footage is available, but has not been turned over. Further, Defendant has issued subpoenas to the Baltimore County Police department requesting these records, but has been told that no such records exist, and that compliance with the subpoena cannot be made. This rejection of the subpoena is inconsistent with the BWC, as it clearly shows Baltimore County police officers searching Mr. Alexander's vehicle on May 15, 2018, and placing him in handcuffs.

4. Had all of the requested information been presented in a timely manner, Defendant could have demonstrated that the government's versions of the facts, as stated in the warrants, were clear misrepresentations of the truth. Undersigned counsel has conferred with Mr. Alexander, and Mr. Alexander consents to and agrees with the continuance and postponement requested.

5. Mr. Alexander and undersigned counsel hereby requests a continuance, up and until, August 29, 2019. A hearing on the motion is requested.

6. WHEREFORE, based on the foregoing, Mr. Alexander respectfully asks the Court to grant this Motion to Continue and postpone the HEARING date as requested.

**Dated: August 9, 2019**

                                            Respectfully submitted,

                                            _____/s/_____
                                            Russell A. Neverdon, Sr.
                                            Fed. I.D. No. 25949
                                            711 Saint Paul Street
                                            Baltimore, MD 21202
                                            Phone: (410) 235-2184

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing <u>Motion for Continuance</u> was electronically filed via the ECF filing system, on August 9, 2019, to all interested parties.

                                            _____/s/_____
                                            Russell A. Neverdon, Sr.