FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

CLERK'S OFFICE
AT BALTIMORE

v.

BY: _____ DEPUTY   CRIMINAL NO. RDB-19-0020

PAUL ALEXANDER,

            :
            :

Defendant      ...o0o....

## GOVERNMENT'S EXHIBIT LIST – AUGUST 15, 2019 MOTION HEARING

| Ex. No. | Description | Identified | Admitted |
|---|---|---|---|
| 1 | Satellite image of 1300 block of Reisterstown Road, Pikesville, Maryland | AUG 1 5 2019 | AUG 1 5 2019 |
| 2A-C | DEA covert surveillance footage from April 6, 2018, April 26, 2018, and May 15, 2018 | AUG 1 5 2019 | AUG 1 5 2019 |
| 3A-3B | Still photographs from May 15, 2018 Body-worn camera | AUG 1 5 2019 | AUG 1 5 2019 |
| 4A-4M | Photographs taken during May 15, 2018 search of Paul Alexander's vehicle | AUG 1 5 2019 | AUG 1 5 2019 |
| 5 | Body-worn camera footage from May 15, 2018 traffic stop of Paul Alexander | AUG 1 5 2019 | AUG 1 5 2019 |
| 6 | Photograph of 2006 Name Change Decree for Paul Alexander | AUG 1 5 2019 | AUG 1 5 2019 |
| 7 | DEA Report of Investigation relating to April 6, 2018 traffic stop of Paul Alexander | | |
| 8 | DEA Report of Investigation relating to April 26, 2018 traffic stop of Paul Alexander | | |
| 9 | DEA Report of Investigation relating to May 15, 2018 traffic stop of Paul Alexander | AUG 1 5 2019 | |
| 10 | DEA Report of Investigation relating to June 2018 controlled delivery of $300,000 | | |
| 11 | Baltimore City Police Department K9 Report relating to May 15, 2018 traffic stop of Paul Alexander | AUG 1 5 2019 | AUG 1 5 2019 |
| 12 | Officer Huter and Canine Gejza Certification Records | AUG 1 5 2019 | AUG 1 5 2019 |

## UNITED STATES OF AMERICA

### vs.

## PAUL ALEXANDER

Civil/Criminal No. RDB-19-020

**Government's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 13 | 8/15/19 | | DEA Acquisition 6 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)