**CHAMBERS OF**  
**RICHARD D. BENNETT**  
**UNITED STATES DISTRICT JUDGE**  
**NORTHERN DIVISION**

**U.S. COURTHOUSE - CHAMBERS 5D**  
**101 W. LOMBARD STREET**  
**BALTIMORE, MD 21201**  
**TEL: 410-962-3190**  
**FAX: 410-962-3177**

August 16, 2019

**LETTER ORDER**

To Counsel of Record:   *United States v. Alexander*  
Crim. Action No. RDB-19-0020

Dear Counsel:

Yesterday, this Court conducted a Motions Hearing. For the reasons set forth on the record, it is HEREBY ORDERED this 16th day of August, 2019, that:

1. Defendant's Motion in Limine to Exclude Any Mention of Weapons (ECF No. 21) is DENIED;

2. Defendant's Motion to Disclose Identities of Confidential Informants (ECF No. 22) is DENIED;

3. Defendant's Request for Government's Intent to Use Rule 404(b) Evidence (ECF No. 23) is DENIED;

4. Defendant's Pretrial Motions and Incorporated Memoranda of Law (ECF No. 24) is DENIED IN PART AND GRANTED IN PART. Specifically, the Motion is GRANTED with respect to the request to file additional Motions. The Motion is DENIED in all other respects;

5. Defendant's Motion to Continue Motions Hearing (ECF No. 33) is DENIED;

6. The August 15, 2019 Motions Hearing is CONTINUED and will resume on **Monday, August 19, 2019** at 10:30 a.m.

Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

Sincerely,

Richard D. Bennett
United States District Judge