FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2019 AUG 19  PM 4: 53

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

UNITED STATES OF AMERICA

v.     *     Criminal No. RDB-19-0020

PAUL ALEXANDER,     *

    *Defendant.*     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANT'S EXHIBIT LIST – AUGUST 19, 2019 MOTIONS HEARING

| Ex. No. | Description | Identified | Admitted |
|---|---|---|---|
| 1A-B | Still photographs from April 26, 2018 Body-worn camera | AUG 1 9 2019 | AUG 1 9 2019 |