**CHAMBERS OF**  
**RICHARD D. BENNETT**  
**UNITED STATES DISTRICT JUDGE**  
**NORTHERN DIVISION**

**U.S. COURTHOUSE - CHAMBERS 5D**  
**101 W. LOMBARD STREET**  
**BALTIMORE, MD 21201**  
**TEL: 410-962-3190**  
**FAX: 410-962-3177**

August 19, 2019

**LETTER ORDER**

To Counsel of Record:   *United States v. Alexander*  
Crim. Action No. RDB-19-0020

Dear Counsel:

Today, this Court conducted a Motions Hearing. For the reasons set forth on the record, it is HEREBY ORDERED this 19th day of August, 2019, that:

1. Defendant's Motion to Suppress (ECF No. 20) is DENIED;

2. Defendant's Motion to Suppress Search Warrants (ECF No. 25) is DENIED IN PART. The portion of the Motion seeking suppression of evidence obtained from the search of 7787 Arundel Mills Blvd., Apt. 405, Hanover, Maryland 21076 remains pending. All other relief sought in the Motion is DENIED;

3. Defendant's Supplemental Motion to Suppress Evidence, Derivative Evidence (ECF No. 35) is DENIED IN PART. This Motion provides supplemental arguments concerning the search of 7787 Arundel Mills Blvd., Apt. 405, Hanover, Maryland 21076. That portion of the Motion remains pending. All other relief sought in the Motion is DENIED.

4. The parties are permitted to provide supplemental briefing, not to exceed 10 pages per filing, concerning the Defendant's standing to challenge the search of 7787 Arundel Mills Blvd., Apt. 405, Hanover, Maryland 21076 according to the following schedule:

**Defendant's Supplemental Briefing:**     Tuesday, August 20, 2019 at 3:00 p.m.

**Government's Response:**     Wednesday, August 21, 2019 at 3:00 p.m.

5. The August 19, 2019 Motions Hearing is CONTINUED and will resume on **Thursday, August 22, 2019 at 10:30 a.m.**

Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

Sincerely,

*Richard D. Bennett*

Richard D. Bennett
United States District Judge

2